FILED IN CLERK'S OFFICE
NOV 04 2004
LUTHER D. THOMAS, Clerk
Deputy Clerk

```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DOCKET NO. |
| ) | 1:01-CR-811-JOF |
| PLAINTIFF, ) | |
| ) | |
| V. ) | |
| ) | |
| CURTIS JAMES FAY, ) | ATLANTA, GEORGIA |
| ) | OCTOBER 11, 2002 |
| DEFENDANT. ) | |

TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE J. OWEN FORRESTER
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:    JEFFREY BRICKMAN
                       ASSISTANT U. S. ATTORNEY

FOR THE DEFENDANT:     PAUL DAVID
                       ATTORNEY AT LAW

LOIS D. PHILLIPS, RMR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
ATLANTA, GEORGIA 30303-3361
(404) 215-1317