IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | |
| | ) | 1:01-CR-00811-JOF/GGB |
| CURTIS FAY | ) | |
| _____ | ) | |

**NOTICE OF APPEAL**

The Defendant, CURTIS FAY, by and through undersigned counsel, hereby gives notice that the sentence imposed by this Court on April 15, 2009, is hereby appealed to the United States Court of Appeals for the Eleventh Circuit.

Dated: This 28th day of April, 2009.

Respectfully submitted,

*/s/ Anna Blitz*
ANNA BLITZ
GEORGIA STATE BAR NO. 063410
ATTORNEY FOR CURTIS FAY

Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax 404-688-0768
anna_blitz@fd.org

CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF APPEAL is formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following Assistant United States Attorney of record:

>	Paul Jones, Esquire
>	Assistant United States Attorney
>	600 Richard B. Russell Building
>	75 Spring Street, S. W.
>	Atlanta, Georgia  30303

DATED:  This 28th day of April, 2009.

>	/s/ Anna Blitz
>	ANNA BLITZ
>	GEORGIA STATE BAR NUMBER 063410
>	ATTORNEY FOR CURTIS FAY

Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax 404-688-0768
anna_blitz@fd.org