

**09-12279-CC First Request for ROA and COR**
Janet Spradlin to: Kimberly A Carter, Denza Bankhead
Cc: Eleanor Dixon, Andrea Ware

10/19/2009 02:09 PM

# First Request for ROA and COR

CA11: 09-12279-CC USA v. Curtis James Fay
NGA: 1:01-00811 CR 01 JOF 1

----------------------------------------

Thank you.