# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CURTIS JAMES FAY, | : | MOTION TO VACATE |
| BOP No. 53062-019, | : | 28 U.S.C. § 2255 |
|    Movant, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:10-CV-237-JOF |
| | : | |
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION NO. |
|    Respondent. | : | 1:01-CR-811-JOF |

## ORDER

Curtis James Fay is a federal prisoner serving a criminal sentence. Fay nevertheless filed a pleading captioned "Motion to Vacate Void Judgment, Rule 60(b)(4), F.R.Civ.P." and he sought to invoke "Admiralty/Maritime Jurisdiction" [71]. The Clerk correctly docketed Fay's filing as a motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody, and this Court will construe it as such. For the following reasons, Fay's § 2255 motion must be denied because it is premature.

On January 5, 2010, the United States Court of Appeals remanded this case for re-sentencing [68], and on January 15, 2010, this Court adopted the Eleventh Circuit's mandate as the judgment of this Court [69]. A new sentencing hearing has been scheduled for Monday, February 22, 2010. If, *after* re-sentencing and appeal, if any,

Fay wishes to file a § 2255 motion to challenge his new sentence, he may do so. Until then, his § 2255 motion is premature and must be denied. *See, e.g., United States v. Casaran-Rivas*, 311 F. App'x 269, 272-73 (11th Cir. 2009).

Fay's § 2255 motion [71] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 5th day of February, 2010.

J. OWEN FORRESTER
UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)