UNITED STATES OF AMERICA
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CURTIS JAMES FAY, <br> BOP No. 53062-019, <br>  Movant, <br> vs. <br> UNITED STATES OF AMERICA, <br>  Respondent. | CRIMINAL NO. 1:01-cr-811-JOF <br><br> CIVIL ACTION FILE <br> NO. 1:10-cv-237-JOF |

## **J U D G M E N T**

The Court having DENIED without prejudice the motion filed pursuant to Title 28, United States Code, Section 2255,

Judgment is hereby entered in favor of the Respondent and against the Movant.

Dated at Atlanta, Georgia this 8th day of February, 2010.

>JAMES N. HATTEN
>CLERK OF COURT
>
>By:  s/B. Evans
>     Deputy Clerk

Filed:  February 8, 2010
Entered:
In the Clerk's Office

James N. Hatten
Clerk of Court

By: s/ B. Evans
    Deputy Clerk